## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE (KNOXVILLE)

In Re:                                                                                    Chapter 7

**IMAGEPOINTE, INC.**                                                  Case No. 09-31225

   Debtor.                                                                  Hon. Richard Stair
_____/

### MOTION FOR PRO HAC VICE ADMISSION

Kimberly A. Yourchock of Honigman Miller Schwartz and Cohn LLP respectfully requests permission to appear pro hac vice on behalf of General Motors Corporation and GM-DI Leasing Corporation in the above referenced case pursuant to the Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Tennessee, and in support of this Application certifies and represents to the Court as follows:

1. Kimberly A. Yourchock is an associate with the law firm of Honigman Miller Schwartz and Cohn LLP. Her business address at 2290 First National Building, Detroit, Michigan 48226, telephone number 313-465-7670, her email is kyourchock@honigman.com, and her residence address is at Troy, Michigan.

2. Since 2008, Ms. Yourchock has been and presently is a member in good standing of the bar of the State of Michigan.

3. In support of this application, Ms. Yourchock further represents to this Court the following:

    A. I am an associate with Honigman Miller Schwartz and Cohn LLP.

    B. I have not previously been convicted of a felony or misdemeanor involving moral turpitude.

    C. I have not been the subject of any disciplinary action by a court of record.

D.  I make these statements under penalty of perjury.

5.  Ms. Yourchock requests that this Court grant him special permission to appear pro hac vice in the above-captioned case and enter its Order Approving Admission Pro Hac Vice in the form attached as Exhibit A.

                              Respectfully submitted,

                              HONIGMAN MILLER SCHWARTZ AND COHN LLP
                              Attorneys for General Motors Corporation and
                              GM-DI Leasing Corporation

Dated: April 7, 2009                    By:    /s/ Kimberly A. Yourchock
                                            Kimberly A. Yourchock (P72336)
                                      2290 First National Building
                                      660 Woodward Avenue
                                      Detroit, MI  48226
                                      Telephone:  (313) 465-7670
                                      Facsimile:  (313) 465-7671
                                      Email:  kyourchock@honigman.com

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE (KNOXVILLE)

| | |
|---|---|
| In Re: | Chapter 7 |
| **IMAGEPOINTE, INC.** | Case No. 09-31225 |
| Debtor. | Hon. Richard Stair |
| _____/ | |

## ORDER APPROVING PRO HAC VICE ADMISSION

This matter having come before the Court on the Application of Kimberly A. Yourchock for permission to participate in this Chapter 7 case as counsel for General Motors Corporation and GM-DI Leasing Corporation, parties in interest, and the court being fully advised in the premises, now, therefore,

THE COURT HEREBY APPROVES the Application submitted by Kimberly A. Yourchock and orders that Ms. Yourchock may appear as counsel of record for General Motors Corporation and GM-DI Leasing Corporation.

Dated:_____

                                                                        Honorable Richard Stair
                                                                       United States Bankruptcy Judge

DETROIT.3571490.1